

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-16-00541-CR

Gerardo **VENEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRH-001475-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

This court's opinion and judgment issued on April 25, 2018; Appellant's motion for rehearing and motion for en banc reconsideration were denied on July 9, 2018.

On August 15, 2018, Appellant's counsel Stephen N. Foster filed a motion to withdraw as Appellant's attorney.

The motion does not comply with the Texas Rules of Appellate Procedure. Specifically, the motion does not contain the following mandatory items:

- Appellant's last known address and telephone number,
- a statement that a copy of the motion was delivered to Appellant by certified mail *and* by first-class mail, or
- a statement that Appellant was notified in writing of the right to object to the motion to withdraw.

*See* TEX. R. APP. P. 6.5(a), (b); *Rivera v. State*, 130 S.W.3d 454, 458 (Tex. App.—Corpus Christi 2004, no pet.); *Knotts v. State*, 31 S.W.3d 821, 822 (Tex. App.—Houston [1st Dist.] 2000, no pet.)

Counsel's motion to withdraw is DENIED without prejudice to filing a motion that complies with the Rules.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court